# EXHIBIT A

Case 2:13-cv-00776-JRG Document 72 Filed 11/07/13 Page 1 of 4 PageID #: 256

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| PENOVIA LLC <br><br> *Plaintiff(s)* <br> v. <br> GIGASET COMMUNICATIONS, INC. <br><br> *Defendant(s)* | Civil Action No. 2:13-cv-776 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GIGASET COMMUNICATIONS INC.
c/o CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Craig Tadlock
Tadlock Law Firm PLLC
2701 Dallas Parkway, Suite 360
Plano, TX 75093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  09/27/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-776

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    GIGASET COMMUNICATIONS INC.

was received by me on *(date)*    10/01/2013

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: DELIVERED BY CERTIFIED MAIL, RETURN RECIEPT REQUESTED TO GIGASET COMMUNICATIONS, INC. BY DELIVERING TO ITS' REGISTERED AGENT, CORPORATION SERVICE COMPANY AT 2711 CENTERVILLE ROAD, SUITE 400, WILMINGTON, DE 19808 ON 10/07/2013 AT 8:57. U.S.P.S. FORM 3811 SIGNED BY ***

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   10/21/2013

*Server's signature*

CHARITY N. COLEMAN, P.P.S. SCH2761
*Printed name and title*

5470 LYNDON B. JOHNSON FREEWAY
DALLAS, TEXAS 75240

*Server's address*

Additional information regarding attempted service, etc:
***WILLIAM LALLY, AN AUTHORIZED REPRESENTATIVE OF THE DEFENDANT'S REGISTERED AGENT IS ATTACHED TO THIS FORM

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *William L...* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>GIGASET COMMUNICATIONS INC<br>C/O CORPORATION SERVICE COMPANY<br><br>2711 CENTERVILLE ROAD, SUITE 400<br>WILMINGTON    DE    19808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 2000 0000 8088 2540 |
| PS Form 3811, February 2004    Domestic Return Receipt   2740487    102595-02-M-1540 | |