IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PENOVIA LLC, <br><br> Plaintiff, <br><br> v. <br><br> GIGASET COMMUNICATIONS INC., <br><br> Defendant. | Case No. 2:13-cv-776 <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## CLERK'S ENTRY OF DEFAULT
## AGAINST GIGASET COMMUNICATIONS INC.

On this 2nd day of December, 2013, it appearing from the declaration in support of default of Craig Tadlock, attorney for plaintiff, that the defendant below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of the following named defendant is hereby entered:

Gigaset Communications, Inc.

_Shelley Moore_
for DAVID MALAND
Clerk of the Court